B6A (Official Form 6A) (12/07)

In re  **A & I Healthcare, Inc.**                              Case No.  **15-70415-M-11**
                                                                             (if known)

*AMENDED 8/13/2015*
# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| None None | None | | $0.00 | $0.00 |

Total: $0.00

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **A & I Healthcare, Inc.**　　　　　　　　　　　　　Case No. **15-70415-M-11**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

*AMENDED 8/13/2015*
## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | BBVA Compass - business checking acct #XXXX0645<br>Lonestar National Bank - business checking acct:XXXX5786 | | $0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **A & I Healthcare, Inc.**                                                                 Case No. **15-70415-M-11**
                                                                                                                      (if known)

*AMENDED 8/13/2015*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Business Accounts Receivables | | $28,400.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **A & I Healthcare, Inc.**     Case No. **15-70415-M-11**
                                                (if known)

*AMENDED 8/13/2015*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Community Care License T4 DADS Division | | $0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **A & I Healthcare, Inc.**                                          Case No.   **15-70415-M-11**
                                                                                  (if known)

*AMENDED 8/13/2015*
### SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | 5 computers | | $1,145.00 |
| | | 6 Desks | | $480.00 |
| | | 9 Filing cabinets | | $1,457.91 |
| | | 16 Office chairs | | $639.40 |
| | | 2 storage cabinets | | $550.00 |
| | | 6 Storage shelves | | $1,650.00 |
| | | 3 tables | | $149.97 |
| | | 1 paper shredder | | $39.99 |
| | | 2 white boards | | $95.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | business assets, furniture, fixture and equipment | | $5,000.00 |
| 30. Inventory. | | 15 boxes of CTA | | $52.50 |
| | | 1 Stomahesive | | $18.00 |
| | | 1 Silvasord | | $26.00 |
| | | 1 Iodosorb gel | | $58.60 |
| | | 1 box of blood collection | | $48.00 |
| | | 33 Suction Cather 14FR | | $165.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **A & I Healthcare, Inc.**  Case No. **15-70415-M-11**
(if known)

*AMENDED 8/13/2015*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 33 Tracheostomy care | | $234.30 |
| | | 6 plain packing strips | | $18.90 |
| | | 6 box of pin needles | | $75.00 |
| | | 3 Biohard containers | | $9.00 |
| | | 1 box of Hydrofera | | $110.00 |
| | | 1 box Promogram | | $120.00 |
| | | 2 boxes of mepilex border | | $180.00 |
| | | 2 boxes of Adaptice | | $48.00 |
| | | 4 unnaboots | | $15.00 |
| | | 1 Anasept gel | | $28.00 |
| | | 1 wound cleanser | | $12.00 |
| | | 1 medfix tape | | $11.41 |
| | | 9 boxes of 4x4 | | $26.10 |
| | | 2 boxes of Abd pads | | $7.80 |
| | | 1 box of Tegaderm | | $35.00 |
| | | 4 boxes of gloves | | $24.60 |
| | | 7 foley insertion tray | | $9.45 |
| | | 6 draiinage bags | | $12.90 |
| | | 1 box of needles | | $44.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **A & I Healthcare, Inc.**                                    Case No.  **15-70415-M-11**

                                                                                            (if known)

*AMENDED 8/13/2015*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 20 foley cathes | | $30.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____5_____ continuation sheets attached     **Total  >**    **$41,026.83**
(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re **A & I Healthcare, Inc.**        Case No. **15-70415-M-11**
(if known)

*AMENDED 8/13/2015*
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Internal Revenue Service**<br>**Special Procedures**<br>**300 E. 8th St. STOP 5026AUS**<br>**Austin, TX 78701** | | DATE INCURRED: **2007-2015**<br>NATURE OF LIEN:<br>**940 & 941 taxes**<br>COLLATERAL:<br>**business assets, accts. receivables, and FFE**<br>REMARKS:<br><br>VALUE: $33,400.00 | | | | $319,086.15 | $285,686.15 |
| **Representing:**<br>**Internal Revenue Service** | | **Internal Revenue Service**<br>**Department of Treasury**<br>**P O Box 7346**<br>**Philadelphia, PA 19101-7346** | | | | Notice Only | Notice Only |
| | | | | | | | |
| | | | | | | | |
| | | Subtotal (Total of this Page) > | | | | $319,086.15 | $285,686.15 |
| | | Total (Use only on last page) > | | | | $319,086.15 | $285,686.15 |
| | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

\_\_\_\_\_**No**\_\_\_\_\_ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re  **A & I Healthcare, Inc.**                                                                 Case No.  **15-70415-M-11**
                                                                                                                                  (if known)

*AMENDED 8/13/2015*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br>**Ace Cash Express** <br>1231 Greenwood Drive Suite 600 <br>Irving, TX 75038 | | DATE INCURRED: <br>CONSIDERATION: **Payday Loan** <br>REMARKS: | | | | $864.50 |
| ACCT #: <br>**Angela Morales** <br>4409 Suundance Circle <br>Weslaco, Tx 78596 | | DATE INCURRED: **2010-2015** <br>CONSIDERATION: **Loans to company** <br>REMARKS: | | | | $30,000.00 |
| ACCT #: <br>**Argus Security Systems, Inc.** <br>PO Box 650837 <br>Dallas, TX 75265 | | DATE INCURRED: <br>CONSIDERATION: **Vendor** <br>REMARKS: | | | | $303.00 |
| ACCT #: <br>**At Home VIP Therapy Services** <br>3133 W. Alberta Rd <br>Edinburg, tx 78539 | | DATE INCURRED: <br>CONSIDERATION: **Vendor** <br>REMARKS: | | | | $190.00 |
| ACCT #: **xxxx9018** <br>**City of Weslaco** <br>255 S. Kansas Ave. <br>Weslaco, TX 78596-6285 | | DATE INCURRED: <br>CONSIDERATION: **Water Bill** <br>REMARKS: | | | | $128.24 |
| ACCT #: **xxx9263** <br>**CPL Retail Energy** <br>PO Box 22136 <br>Tulsa, OK 74121 | | DATE INCURRED: <br>CONSIDERATION: **Utility Services** <br>REMARKS: | | | | $334.19 |
| | | | | | Subtotal > | $31,819.93 |
| | | | | | Total > (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

_____**5**_____ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re **A & I Healthcare, Inc.**  Case No. **15-70415-M-11**
(if known)

*AMENDED 8/13/2015*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: xx4665<br>**Digital Office Systems**<br>**4800 W. Expressway 83**<br>**McAllen, TX 78501** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $611.60 |
| ACCT #:<br>**EC Print and Design**<br>**3101 N. 21st Street**<br>**McAllen, Tx 78501** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $414.05 |
| ACCT #:<br>**Internal Revenue Service**<br>**Attn: Rocio Gonzalez**<br>**1810 Hale Ave.**<br>**Harlingen, TX 78550** | | DATE INCURRED:<br>CONSIDERATION:<br>**For Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Internal Revenue Service**<br>**P O Box 7346**<br>**Philadelphia, PA 19101-7346**<br>**Central Insolvency Operation** | | DATE INCURRED:<br>CONSIDERATION:<br>**For Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Israel Morales**<br>**4409 Sundance Circle**<br>**Weslaco, Texas 78596** | | DATE INCURRED: 2013-2015<br>CONSIDERATION:<br>**Loans to company**<br>REMARKS: | | | | $40,000.00 |
| ACCT #:<br>**Ivans**<br>**100 N. 6th Street Ste. 900 A**<br>**Minneapolis, MN 55403** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $284.70 |

Sheet no. ___1___ of ___5___ continuation sheets attached to  Subtotal > $41,310.35
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **A & I Healthcare, Inc.**                                       Case No.  **15-70415-M-11**
                                                                              (if known)

*AMENDED 8/13/2015*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxx0076<br>**Lone Star Shredding & Document Storage**<br>**1970 W. Expressway 83**<br>**Mercedes, TX 78570** | | DATE INCURRED:<br>CONSIDERATION:<br>**Revolving Charge Account**<br>REMARKS: | | | | $135.00 |
| ACCT #:<br>**Manuel P. Lena Jr.**<br>**United States Department of Justice**<br>**717 N. Harwood, Ste 400**<br>**Dallas, TX 75201** | | DATE INCURRED:<br>CONSIDERATION:<br>**For Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Nancy Masso**<br>**Assistant United States Attorney**<br>**600 E. Harrison, Suite 201**<br>**Brownsville, TX 78520** | | DATE INCURRED:<br>CONSIDERATION:<br>**For Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**National Lube Express**<br>**1509 West Business 83**<br>**Weslaco, Tx 78596** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $441.58 |
| ACCT #: xxxx1765<br>**Partners in Rehab**<br>**4309 N 10th Street**<br>**McAllen, Texas 78504** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $2,095.00 |
| ACCT #: xxxx1765<br>**Progressive Insurance**<br>**801 W. Nolana Ave # 215**<br>**Pharr, TX 78577** | | DATE INCURRED:<br>CONSIDERATION:<br>**Insurance Services**<br>REMARKS: | | | | $645.00 |

Sheet no. __2__ of __5__ continuation sheets attached to                    Subtotal >    $3,316.58
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                             Total >
                                           (Use only on last page of the completed Schedule F.)
                                (Report also on Summary of Schedules and, if applicable, on the
                                   Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **A & I Healthcare, Inc.**                                                                 Case No.  **15-70415-M-11**
                                                                                                                    (if known)

*AMENDED 8/13/2015*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **RGV Therapists** <br> **1010 E. Tyler Ave** <br> **Harlingen, Texas 78550** | | DATE INCURRED: <br> CONSIDERATION: <br> **Vendor** <br> REMARKS: | | | | $2,020.00 |
| ACCT #: <br> **Russo Rehab Services** <br> **455 Champion Drive** <br> **Brownsville, Tx 78520** | | DATE INCURRED: <br> CONSIDERATION: <br> **Vendor** <br> REMARKS: | | | | $962.99 |
| ACCT #: **xxx6753** <br> **Sterilecycle Inc.** <br> **606 Expressway 83** <br> **Donna, Tx 78537** | | DATE INCURRED: <br> CONSIDERATION: <br> **Medical Disposal Service** <br> REMARKS: | | | | $537.84 |
| ACCT #: <br> **Texas Comptroller of Public Accounts** <br> **P.O. Box 13528** <br> **Austin, TX 78711-3528** <br> **Bankruptcy Section** | | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxxxxxxxxxxxxx8309** <br> **Texas Gas Service** <br> **P O Box 219913** <br> **Kansas, MO 64121-9913** | | DATE INCURRED: <br> CONSIDERATION: <br> **Utility Services** <br> REMARKS: | | | | $144.31 |
| ACCT #: <br> **Texas Workforce Commission** <br> **Controller Department** <br> **PO Box 149080** <br> **Austin, TX 78714** | | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Notice Only** |

Sheet no. __3__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     **$3,665.14**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **A & I Healthcare, Inc.**　　　　　　　　　　　　　Case No. **15-70415-M-11**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

*AMENDED 8/13/2015*
### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br>**The Phsyc Nurse Inc.** <br>3801 U.S. Business 83 <br>Harlingen, Tx 78552 | | DATE INCURRED: <br>CONSIDERATION: <br>**Vendor** <br>REMARKS: | | | | $4,400.00 |
| ACCT #: <br>**Therapy at Home** <br>3130 N. 23rd Street <br>McAllen, TX 78501 | | DATE INCURRED: <br>CONSIDERATION: <br>**Vendor** <br>REMARKS: | | | | $5,050.00 |
| ACCT #: xxxxxxxxxxxx5149 <br>**Time Warner Cable** <br>PO Box 60074 <br>City of Industry, CA 91716-0074 | | DATE INCURRED: <br>CONSIDERATION: <br>**Internet/cable Service** <br>REMARKS: | | | | $622.13 |
| ACCT #: <br>**United States Attorney** <br>**Civil Process Clerk** <br>1000 Louisiana, Ste. 2300 <br>Houston, TX 77002 | | DATE INCURRED: <br>CONSIDERATION: <br>**For Notice Only** <br>REMARKS: | | | | $0.00 |
| ACCT #: <br>**United States Attorney General** <br>**Department of Justice** <br>950 Pennsylvania Ave. N.W. <br>Washington, DC 20530 | | DATE INCURRED: <br>CONSIDERATION: <br>**For Notice Only** <br>REMARKS: | | | | $0.00 |
| ACCT #: <br>**Well Rehab Sports** <br>3130 N Center Pointe Dr. <br>Edinburg, TX 78539 | | DATE INCURRED: <br>CONSIDERATION: <br>**Vendor** <br>REMARKS: | | | | $2,600.00 |

Sheet no. **4** of **5** continuation sheets attached to　　　　　　　　　　　Subtotal >　　$12,672.13
Schedule of Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Total >
　　　　　　　　　　　　　(Use only on last page of the completed Schedule F.)
　　　　　　　(Report also on Summary of Schedules and, if applicable, on the
　　　　　　　　Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **A & I Healthcare, Inc.**      Case No. **15-70415-M-11**

(if known)

*AMENDED 8/13/2015*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Yellow Stone Capital**<br>**160 Pearl St 5th Floor**<br>**New York, NY 10005** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lien on accounts receivable**<br>REMARKS:<br>**lien priority undetermined as of date of filing** | | | | $16,500.00 |
| ACCT #:<br>**Zepol Dietary**<br>**3204 S. Sugar Rd**<br>**Edinburg, TX 78539** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $390.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Sheet no. **5** of **5** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$16,890.00**

Total >    **$109,674.13**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **A & I Healthcare, Inc.**  Case No.  **15-70415-M-11**
                                                                                            (if known)

*AMENDED 8/13/2015*
### DECLARATION CONCERNING DEBTOR'S SCHEDULES

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the ___***President***___ of the ___**Corporation**___ named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**15**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date  **8/13/2015**                                    Signature  **/s/ Angela Morales**
                                                                            ***Angela Morales***
                                                                            ***President***

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

IN RE:   **A & I Healthcare, Inc.**                                         CASE NO.   **15-70415-M-11**

                                                                            CHAPTER    **11**

### Certificate of Service

I hereby certify that a copy of the Amended 08/13/2015 Schedules A, B, D, F and Declaration Concerning Debtor's Schedules on the following parties on the date it was electronically filed. Service was accomplished by the method indicated below :

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL, POSTAGE PREPAID:

Date:   **8/13/2015**                              /s/ Catherine S. Curtis
                                                   **Catherine S. Curtis**
                                                   Attorney for the Debtor(s)

| | | |
|---|---|---|
| A & I Healthcare, Inc.<br>4409 Sundance Circle<br>Weslaco, TX 78599 | City of Weslaco<br>255 S. Kansas Ave.<br>Weslaco, TX 78596-6285 | Internal Revenue Service<br>Department of Treasury<br>P O Box 7346<br>Philadelphia, PA 19101-7346 |
| Ace Cash Express<br>1231 Greenwood Drive Suite 600<br>Irving, TX 75038 | CPL Retail Energy<br>PO Box 22136<br>Tulsa, OK 74121 | Internal Revenue Service<br>Attn:  Rocio Gonzalez<br>1810 Hale Ave.<br>Harlingen, TX 78550 |
| Angela Morales<br>4409 Suundance Circle<br>Weslaco, Tx 78596 | Digital Office Systems<br>4800 W. Expressway 83<br>McAllen, TX 78501 | Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346<br>Central Insolvency Operation |
| Argus Security Systems, Inc.<br>PO Box 650837<br>Dallas, TX 75265 | EC Print and Design<br>3101 N. 21st Street<br>McAllen, Tx 78501 | Israel Morales<br>4409 Sundance Circle<br>Weslaco, Texas 78596 |
| At Home VIP Therapy Services<br>3133 W. Alberta Rd<br>Edinburg, tx 78539 | Internal Revenue Service<br>Special Procedures<br>300 E. 8th St. STOP 5026AUS<br>Austin, TX 78701 | Ivans<br>100 N. 6th Street Ste. 900 A<br>Minneapolis, MN 55403 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

IN RE:   **A & I Healthcare, Inc.**                                                 CASE NO.   **15-70415-M-11**

                                                                                             CHAPTER   **11**

### Certificate of Service

(Continuation Sheet #1)

---

Lone Star Shredding & Document Storage
1970 W. Expressway 83
Mercedes, TX 78570

Russo Rehab Services
455 Champion Drive
Brownsville, Tx 78520

Time Warner Cable
PO Box 60074
City of Industry, CA 91716-0074

Manuel P. Lena Jr.
United States Department of Justice
717 N. Harwood, Ste 400
Dallas, TX 75201

Sterilecycle Inc.
606 Expressway 83
Donna, Tx 78537

U.S. TRUSTEE
606 N. Carancahua Ste 1107
Corpus Christi, TX 78476

Nancy Masso
Assistant United States Attorney
600 E. Harrison, Suite 201
Brownsville, TX 78520

Texas Comptroller of Public Accounts
P.O. Box 13528
Austin, TX 78711-3528
Bankruptcy Section

United States Attorney
Civil Process Clerk
1000 Louisiana, Ste. 2300
Houston, TX 77002

National Lube Express
1509 West Business 83
Weslaco, Tx 78596

Texas Gas Service
P O Box 219913
Kansas, MO 64121-9913

United States Attorney General
Department of Justice
950 Pennsylvania Ave. N.W.
Washington, DC 20530

Partners in Rehab
4309 N 10th Street
McAllen, Texas 78504

Texas Workforce Commission
Controller Department
PO Box 149080
Austin, TX 78714

Well Rehab Sports
3130 N Center Pointe Dr.
Edinburg, TX 78539

Progressive Insurance
801 W. Nolana Ave # 215
Pharr, TX 78577

The Phsyc Nurse Inc.
3801 U.S. Business 83
Harlingen, Tx 78552

Yellow Stone Capital
160 Pearl St 5th Floor
New York, NY 10005

RGV Therapists
1010 E. Tyler Ave
Harlingen, Texas 78550

Therapy at Home
3130 N. 23rd Street
McAllen, TX 78501

Zepol Dietary
3204 S. Sugar Rd
Edinburg, TX 78539